COURT OF APPEAL, THIRD CIRCUIT
P.O. Box 16577
Lake Charles LA 70616
(337) 433-9403

## NOT DESIGNATED FOR PUBLICATION

James C. Downs
District Attorney - 9th JDC
701 Murray Street
Alexandria LA 71301

REHEARING ACTION: November 6, 2013

**Docket Number: 13   00820-KW**

**STATE OF LOUISIANA**
**VERSUS**
**GREGORY SHANE ERWIN**

**Writ Application from Rapides Parish Case No. 300,648**

**BEFORE JUDGES:**

**Hon. Sylvia R. Cooks**
**Hon. Jimmie C. Peters**
**Hon. Shannon J. Gremillion**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **State of Louisiana** has this day been

**DENIED.**

cc: Mahogany Watkins, Counsel for the Applicant